**Order entered December 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00875-CR

## MICHAEL ARDIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-2110832-R

## ORDER

We abated this appeal for the trial court to appoint counsel for appellant. The trial court has appointed new counsel. We **REINSTATE** this appeal. Appellant's brief, to be filed in accordance with this Court's opinion of October 25, 2022, is due thirty days from the date of this order.

/s/     ERIN A. NOWELL
         JUSTICE